JENNIE SANDERS, Respondent, *v.* ADOLPH RICHTER, Appellant.

APPEAL from a judgment of the Fourth Municipal Court, borough of Manhattan, in favor of the plaintiff.

C. Brandt, Jr., for appellant.

L. W. Harburger, for respondent.

*Per Curiam.* This case was tried at the same time, and submitted on the same testimony, as that of Wilking v. Richter, 25 Misc. Rep. 735. For the reasons stated in the opinion handed down in that case, the judgment herein must be reversed and a new trial ordered, with costs to appellant to abide the event.

Present: BEEKMAN, P. J., GILDERSLEEVE and GIEGERICH, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.